

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2019

No. 04-18-00871-CV

**IN THE INTEREST OF C.M., M.M., AND V.M.,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01429
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was due on December 27, 2018, but has not been filed.

We ORDER appellant's attorney to file appellant's brief on or before **January 29, 2019**. If appellant's brief is not filed by that date, we will abate this appeal to the trial court for an abandonment hearing. *See* TEX. FAM. CODE ANN. § 107.013(a)(1) (giving indigent persons a right to counsel in parental-rights termination cases); *In re M.S.*, 115 S.W.3d 534, 544 (Tex. 2003) (holding that this right to counsel includes the right to effective counsel).

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2019.

KEITH E. HOTTLE,
Clerk of Court